Matter of Rouse (Orgill Inc.--Commissioner of Labor) (2023 NY Slip Op 06302)

Matter of Rouse (Orgill Inc.--Commissioner of Labor)

2023 NY Slip Op 06302

Decided on December 7, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 7, 2023

CV-23-0857
[*1]In the Matter of the Claim of Jason Rouse, Appellant. Orgill Inc., Respondent. Commissioner of Labor, Respondent.

Calendar Date:November 9, 2023

Before:Garry, P.J., Lynch, Aarons, Fisher and Powers, JJ.

Legal Services of Central New York, Syracuse (James M. Williams of counsel), for appellant.
FordHarrison, LLP, Hartford, Connecticut (Craig T. Dickinson of counsel), for Orgill Inc., respondent.
Letitia James, Attorney General, New York City (Dennis A. Rambaud of counsel), for Commissioner of Labor, respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 16, 2022, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Lynch, Aarons, Fisher and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.